IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARIO ANDJUAN PEEPLES, | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 08-0519-CB-C |
| MOBILE COUNTY METRO JAIL, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that this action be and is hereby dismissed without prejudice.

DONE this 23rd day of January, 20 09.

                                                s/*Charles R. Butler, Jr.*
                                              SENIOR UNITED STATES DISTRICT JUDGE